■ RAMON D. HELD v. ALLSTATE INSURANCE COMPANY.— Motion pursuant to CPLR 5701 (subd. [c]) for leave to appeal to this court from an intermediate order. Under CPLR 5701 (subd. [c]), such a motion must be made to an individual Justice of this court. Accordingly, this motion was referred to Justice Capozzoli, who denied the motion. Concur — Stevens, J. P., Eager, Capozzoli, McGivern and Rabin, JJ.

■ DELLA SMALBACH v. KICKAWAY GARMENTS, INC.— Motion pursuant to CPLR 5701 (subd. [c]) for leave to appeal to this court from an intermediate order. Under CPLR 5701 (subd. [c]), such a motion must be made to an individual Justice of this court. Accordingly, this motion was referred to Justice Eager, who denied the motion. Concur — Stevens, J. P., Eager, Capozzoli, McGivern and Rabin, JJ.

## (October 3, 1968)

■ DOMINIC A. RANAVARO, Individually and as Guardian ad Litem of CAROL RANAVARO, an Infant, Appellant, v. CITY OF NEW YORK et al., Respondents.— Order entered on December 8, 1967, affirmed, with $30 costs and disbursements to the respondents. Concur — Eager, J. P., Steuer, McGivern, McNally, JJ.; Capozzoli, J., dissents and votes to reverse. No opinion.